**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>    vs.<br><br>LOGIC STAFFING LLC,<br><br>            Defendant. | No. 2:24-CV-1557-BJR<br><br>**DEFENDANT LOGIC STAFFING LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Logic Staffing LLC states that it is a Washington Limited Liability Company. Array Corporation is the parent company of Logic Staffing LLC.

DATED this 5th day of November, 2024, in Seattle, Washington.

/s/ Aaron D. Bigby
Aaron D. Bigby, WSBA #29271
Northcraft Bigby PC
819 Virginia, Suite C-2
Seattle, WA 98101
Telephone: 206-623-0229
Fax: 206-623-0234
Email: aaron_bigby@northcraft.com
*Attorney for Defendant Logic Staffing LLC*

**DEFENDANT LOGIC STAFFING LLC'S CORPORATE DISCLOSURE STATEMENT - 1    [2:24-cv-1557-BJR]**
w:\eeoc_ayotte\pld\def's corporate disclosure statement

**NORTHCRAFT BIGBY PC**
819 Virginia Street / Suite C-2
Seattle, Washington 98101
*tel:* 206-623-0229
*fax:* 206-623-0234

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Roberta L. Steele
EEOC – San Francisco District Office
450 Golden Gate Ave., 5th Floor W
PO Box 36025
San Francisco, CA 94102
roberta.steele@eeoc.gov
*Attorney for Plaintiff EEOC*

Damien A. Lee
Gregory A. Hitzel
EEOC – Seattle Field Office
909 First Ave., Ste. 400
Seattle, WA 98104
damien.lee@eeoc.gov
gregory.hitzel@eeoc.gov
*Attorneys for Plaintiff EEOC*

DATED this 5th day of November, 2024, in Seattle, Washington.

/s/ Michelle A. Tomczak
Michelle A. Tomczak
michelle_tomczak@northcraft.com
Legal Assistant to Aaron D. Bigby

**DEFENDANT LOGIC STAFFING LLC'S CORPORATE DISCLOSURE STATEMENT - 2   [2:24-cv-1557-BJR]**
w:\eeoc_ayotte\pld\def's corporate disclosure statement

NORTHCRAFT BIGBY PC
819 Virginia Street / Suite C-2
Seattle, Washington 98101
*tel:* 206-623-0229
*fax:* 206-623-0234